TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR REHEARING







NO. 03-06-00208-CV






Shelly Frank, as Beneficiary of Eric Frank, Deceased, Appellant


v.


Liberty Insurance Corporation, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-05-001135, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING




O R D E R


PER CURIAM 

 Liberty Insurance Corporation has filed a motion for rehearing. The motion is denied.

 It is ordered May 16, 2008.



Before Justices Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Waldrop